1948; released for publication December 27, 1948. Richard M. Weinberger, for appellant; Hopkins, Sutter, Halls, DeWolfe & Owen, for appellees; Harry B. Sutter, Thomas Robert Mulroy and Frank B. Sanders, of counsel. Opinion by PRESIDING JUSTICE FEINBERG. **Not to be published in full.**

## People of State of Illinois, Defendant in Error, v. Dewey Bullock, Contemnor, Plaintiff in Error.

### Gen. No. 44,490.

opinion filed December 13, 1948; released for publication December 27, 1948. Henry C. Ferguson, for plaintiff in error; William J. Tuohy, State's Attorney, for defendant in error; John T. Gallagher and Melvin Starkel Rembe, Assistant State's Attorneys, of counsel. Opinion by JUSTICE NIEMEYER. **Not to be published in full.**

## J. M. Hansen et al., Trading as Hansen & Matson Company, Appellants, v. Nick Samarchuk et al., Appellees.

### Gen. No. 44,498.

152

opinion filed December 13, 1948; released for publication December 27, 1948. Max and Herman Chill, for appellants; Ratner, Miller & Levenson, for appellees; David J. Ratner and William E. Rafferty, of counsel. Opinion by JUSTICE NIEMEYER. **Not to be published in full.**

## Alvie D. Killian, Appellee, v. Pennsylvania Railroad Company, and P. R. Mallory and Company, Inc., Appellants.

### Gen. No. 44,460.

opinion filed December 13, 1948; rehearing denied December 27, 1948; released for publication December 27, 1948. Theodore Schmidt, P. J. Cronin, Barrett,